UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
COY HUGGINS,

              Petitioner,

  -against-

RICHARD A. GIRDICK, Superintendent of
Upstate Correctional Facility,

              Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 3248 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y:
★ FEB 8 2007 ★
P.M. _____
TIME A.M. _____

       An Order of Honorable Nina Gershon, United States District Judge, having been filed on February 7, 2007, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated January 2, 2007; denying petitioner's application for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

       ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; that petitioner's application for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
       February 08, 2007

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court